IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LISA RICHIE                                                                                    PLAINTIFF(S)

v.                                    Civil No.  5:13-5247

MASTER CREDIT SYSTEMS, INC.                                               DEFENDANT(S)

CLERK'S ORDER OF DISMISSAL

The plaintiff herein, having filed his Notice of Dismissal pursuant to Rule 41(a), Fed.R.Civ.P.,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

Dated:   1/16/2014

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK

By:__/s/ A. Winkle_____
                                      Deputy Clerk